AO 442 (Rev 11/11) Arrest Warrant

10767920

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

ALFREDO RODRIGUEZ GONZALEZ

)  Case: 1:23-cr-00073
)  Assigned to: Judge Kollar-Kotelly, Colleen
)  Assign Date: 11/17/2023
)  Description: SUPERSEDING INDICTMENT (B)
)  Related Case No: 23-cr-00073 (CKK)
)

*Defendant*

U.S. MARSHAL - DC
RECEIVED NOV 1... 

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALFREDO RODRIGUEZ GONZALEZ
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
18 USC §1956(h) - Conspiracy to Launder Monetary Instruments;

FORFEITURE:   21 USC § 853(p); 18 USC § 982(a); 18 USC § 924(d); and 28 USC § 2461(c)

Date:   11/17/2023

2023.11.17
15:51:31 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ | , and the person was arrested on *(date)* _____ |
|---|---|
| at *(city and state)* _____ | |

Date: _____

ARRESTED ON 4/23/2024
ARRESTED BY East Central Drug Task Force
U.S. MARSHAL (Pine, Isanti, Chisago, Kanebec Co)
DISTRICT OF MINNESOTA

*Arresting officer's signature*

*Printed name and title*

BY _____